### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| College Board,<br><br>*Plaintiff,*<br><br>vs.<br><br>Jeremy Karmasek, Alexander Rembisz, and genie.study,<br><br>*Defendants.* | Civil Action No. _____<br><br><br>**JURY TRIAL DEMANDED** |

### COMPLAINT

Plaintiff College Board, in support of its Complaint against Defendants Jeremy Karmasek, Alexander Rembisz, and genie.study ("Defendants"), alleges as follows:

### INTRODUCTION

1. College Board is a mission-driven, non-profit, member organization that has worked for over a century to expand access to higher education by helping students navigate the path from high school to college and, ultimately, to a career. The SAT® ("SAT") and Advanced Placement® ("AP") exams are central to that mission. These tests have become critical mainstays in the U.S. education system by providing a standardized benchmark for college readiness and academic success.

2. For as long as these tests have existed, students have been tempted to cheat, and bad actors have sought to take advantage of anxious students and parents. As part of its commitment to providing students with a fair opportunity to demonstrate their college readiness, College Board must confront attempts to undermine test security.

3.    The transition to digitized tests following the COVID-19 pandemic has made many cheating methods more difficult, and College Board has implemented numerous security measures to prevent new means of cheating on digitized tests.  But bad actors persist.

4.    The latest cheating tool is "Auto SAT," malware designed to bypass the technological security measures College Board has implemented to protect its test content and prevent cheating.  The malware bypasses restrictions imposed by College Board's software to access test questions, sends the test questions to an AI chatbot, and then displays answers on the test taker's screen.

5.    Auto SAT is developed, marketed, and sold by Defendants Jeremy Karmasek and Alexander Rembisz.  Karmasek and Rembisz operate the website genie.study to market and sell Auto SAT and also advertise their business as genie.study.  Genie.study was de-platformed by Amazon Web Services as malware and now uses an Iran-based hosting service in violation of regulations issued by the Office of Foreign Assets Control ("OFAC").

6.    At least four test takers used Auto SAT during the March 14, 2026, SAT exam. The next SAT administration will take place Saturday, May 2, 2026.

7.    Defendants have also indicated their plans to offer another cheating tool—"Auto AP"—starting Monday, May 4, 2026.  AP exams will take place across the country between May 4, 2026 and May 15, 2026.

8.    College Board sent Karmasek and Rembisz cease-and-desist letters demanding that they stop distributing Auto SAT and other similar software in violation of laws carrying steep civil and criminal penalties, including the Digital Millennium Copyright Act and the Economic Espionage Act.  Defendants have refused to stop their unlawful conduct.

9.      College Board therefore brings this action to stop Defendants' unlawful and potentially criminal actions, which have circumvented College Board's technological measures for protecting copyrighted material, tortiously interfered with College Board's contracts with test takers, and threaten the integrity of the SAT and AP exams.  College Board seeks injunctive relief and more than $1 million in damages.

## PARTIES

10.     Plaintiff College Board is a New York non-profit membership association with its principal place of business at 225 Liberty Street, New York, New York 10281.

11.     Defendant genie.study is a business of unknown classification that advertises, markets, and sells Auto SAT, malware designed to circumvent College Board's exam security protections.

12.     On information and belief, Defendant Jeremy Karmasek is the principal software developer of Auto SAT and an operator of genie.study, a platform for advertising, marketing, and selling Auto SAT.  He resides in Hanover, Pennsylvania.

13.     On information and belief, Defendant Alexander Rembisz is a co-developer of Auto SAT and a manager of the genie.study website.  On information and belief, Rembisz also developed Auto SAT's backend infrastructure and distribution systems of the software.  Rembisz resides at an unknown address.

## JURISDICTION AND VENUE

14.     This is an action arising under the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1201 *et seq*.

15.     Subject matter jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 and 1338(a).

16.     This Court has personal jurisdiction over each of the Defendants.  Defendant Karmasek resides in this District and operates the business genie.study from this District.  Moreover, substantial acts in furtherance of the conspiracy between Defendants Karmasek and Rembisz occurred in this District and Defendant Rembisz should at least have been aware of those acts.

17.     Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and 1400(a) because a substantial part of the events giving rise to the claims occurred in this judicial district and because Defendant Karmasek resides in this district.

## FACTUAL ALLEGATIONS

**A.     College Board Develops, Owns, And Publishes The SAT and AP Exams**

18.     College Board's SAT is a standardized, research-backed assessment of core reading, writing, and math skills.

19.     Since its launch in 1926, the SAT has been used to help millions of students connect with college success.  It has been successfully used, worldwide, in combination with factors such as high school grade point average to assess student preparedness for and to predict student success in postsecondary education.

20.     The SAT is administered each year at around 1,700 testing sites in 187 countries to millions of high school students.  In 2025 alone, 2 million high school students took the SAT exam.

21.     College Board owns all content contained within the SAT, practice SAT tests, Bluebook, and software, processes, algorithms, and other technologies used in connection with these.  *See* College Board, SAT Testing Rules § 8 (April 10, 2026), https://satsuite.collegeboard.org/sat/testing-rules.

22.     AP Exams are subject-specific exams administered as part of intensive, college credit-eligible courses for high school-level students.

23.     AP Exams are administered at 75% of high schools throughout the United States. Many schools across the world also offer AP Exams.  In 2025, over 1.3 million students took an AP Exam.  Many of these students took AP Exams for multiple AP courses.  More than 6 million AP Exams were taken in 2025.  In 2026, the number of students taking exams and the number of exams taken will be even larger.

24.     College Board owns all AP Exams, test-related documents and materials, and test preparation materials, software, webpages, algorithms, processes, and technologies, including the Bluebook Application, through which students access and take the AP Exam. College Board, AP Exam Terms and Conditions § 9 (April 27, 2026), https://apstudents.collegeboard.org/exam-policies-guidelines/terms-conditions.

**B.     College Board's Commitment To Testing Integrity**

25.     College Board is committed to test security, which is essential to giving students a fair opportunity to demonstrate their college readiness and prevent anyone from gaining an unfair advantage.  Thousands of colleges, universities, and scholarship organizations rely on the accuracy of SAT and AP scores to make high-stakes admissions, college placement, college credit, and scholarship decisions.  Thousands of high schools rely on the accuracy of these scores to assess student achievement and the rigor and effectiveness of their instructional materials and programs.  And millions of students rely on the accuracy of these scores when deciding where to apply to college and how to position themselves for future success.

26.     When College Board administered exams by paper and pencil, as it did for over a century, security precautions focused on the physical environment, the placement of test takers in

a room, human proctors, prohibited-items lists, prevention of impersonation, and secure collection of testing materials.

27.    Following the COVID-19 pandemic, College Board transitioned SAT and AP to digital exams.  During the 2025-2026 testing year, all SAT administrations were conducted digitally (with limited exceptions for students who needed special accommodations), and a majority of AP exams were conducted digitally.  In 2026, essentially all AP exams are digital.

28.    College Board has developed and maintained innovative technological measures designed to prevent cheating as exam administrations have moved online.  Students take SAT and AP exams on College Board's proprietary digital testing platform, Bluebook™.  Bluebook is an application that is downloaded onto the student's personal or school-issued computer, Chromebook or tablet.  Bluebook has numerous test security features, including a lockdown browser that prevents students from accessing any other application or window once the application launches.

## C.    All Test Takers Agree Not To Cheat And Not To Copy Or Download Test Content

29.    Before testing day, students must sign into Bluebook using their College Board online account username and password, sign the "Privacy Policy and Use of This App" rules, and complete exam setup.

30.    In order to start an SAT or AP exam in the Bluebook app, test takers must agree to the SAT Testing Rules and AP Exam Terms and Conditions.  *See* College Board, SAT Testing Rules (April 10, 2026), https://satsuite.collegeboard.org/sat/testing-rules; College Board, AP Exam Terms and Conditions (April 27, 2026), https://apstudents.collegeboard.org/exam-policies-guidelines/terms-conditions.

31.     Pursuant to both of these contracts, test takers expressly agree that they will not "cheat or otherwise get an unfair advantage" on the exams; "interfere with, defeat, circumvent, disable, change or bypass any Bluebook security features, device security settings, or device testing or lockdown modes (e.g., Kiosk mode)"; "use or have on your testing device any software or other software that could be used to capture content and/or facilitate cheating"; "run any application on your testing device other than Bluebook or approved technology" during the exam; "access or use any digital resource(s) or website(s) during the test or breaks, including artificial intelligence (AI) tools"; or otherwise "fail to follow these Terms and Conditions." *See* College Board, SAT Testing Rules § 3 (April 10, 2026), https://satsuite.collegeboard.org/sat/testing-rules; College Board, AP Exam Terms and Conditions § 3 (April 27, 2026), https://apstudents.collegeboard.org/exam-policies-guidelines/terms-conditions.

32.     Further, both the SAT and AP contracts provide that all content contained with the SAT and AP exams and "all software, processes, algorithms, and other technologies used in connection with these … belong only to College Board and its licensors," and prohibit copying, downloading, decompiling, reverse engineering, disassembling, or making any image of the exam. *See* College Board, SAT Testing Rules § 8 (April 10, 2026), https://satsuite.collegeboard.org/sat/testing-rules; College Board, AP Exam Terms and Conditions § 9 (April 27, 2026), https://apstudents.collegeboard.org/exam-policies-guidelines/terms-conditions.

**D.     Defendants Operate A Criminal Enterprise That Develops, Markets, And Sells Auto SAT As An SAT Cheating Software To Circumvent Bluebook's Security Measures**

33.     The genie.study website offers a product called Auto SAT for $499.99.



34.     The website describes the product as a "SAT cheating software for Collegeboard [sic] Bluebook.  Our AI-powered software analyzes SAT tests, solves answers that maximize your scores."

-9-

## Description

## Auto SAT - Bluebook SAT Cheating Software

transform Your SAT scores with Cutting-Edge Software

**This is a one time purchase per test, your access to this software will be removed once you have completed your test**

Auto SAT is a SAT cheating software for Collegeboard Bluebook. Our AI-powered software analyzes SAT tests, solves answers that maximize your scores.

### What You Get After Purchase

**Instant Access** - Your software license is activated immediately upon purchase

### Important Usage Schedule

### Pre-Test Access Period

Your software will be able to be tested **exactly 24 hours before your scheduled SAT test date.** This allows you to:

- Make sure software is functional
- Complete a practice test
- Familiarize yourself with the software

### Test Day Activation

On your actual SAT test date, Auto SAT will be fully operational and optimized for peak performance, ensuring you have access to all features when you need them most.

### System Requirements:

- Windows 10/11

35.     The platform advertises the product as including features like "Real-time AI automatic test solving" with a "discreet overlay to prevent detection."  It further advertises the product as "deploy[ing] multiple layers of detection prevention to make sure [test taker] scores are safe!"

36.    For multiple choice questions, genie.study advertises that answers "should show a small dot over the correct [multiple choice] question," and for "free response questions," (i.e. student-prepared response questions) "it will show in the bottom right the correct answer."



37.    After making a purchase, students download hardware, onto which Auto SAT is loaded.



38.    Users must then follow instructions on adding exceptions to their Windows Defender which allow Auto SAT to run while Bluebook is in lockdown mode.

39.    Genie.study also "recommends disabling Real Time Protection in Windows Defender or … active antivirus to prevent any complications with how we discreetly load our software in the morning before you go to your test center."



Once downloaded and done with above instructions, add the following exceptions to your Windows Defender (WinRAR.exe being the loader binary, then make sure ctfmon.exe and WinRAR.exe (loader) is added as both a process and file in exclusions). Prior to your actual SAT, we recommend disabling Real Time Protection in Windows Defender or your active antivirus to prevent any complications with how we discreetly load our software in the morning before you go to your test center as disabling RTP (Real Time Protection) is temporary and we will re-enable itself after a while.

To ensure no issues with loading, be sure to also download the latest Visual C++ redistributables from here and download the file called 'VisualCppRedist_AIO_x86_x64.exe'

40.    While in use during the exam, Auto SAT circumvents Bluebook's technological limitations on access to the testing platform.  Once Auto SAT has circumvented those limitations, it copies exam questions in order to feed them into an AI tool.  Auto SAT then alters the visual elements of the Bluebook testing application by overlaying answers provided by the AI tool on the questions.

41.   Genie.study maintains a forum on a social media platform to communicate with potential customers and "resellers" about their product.  As of December 1, 2025, the Genie social media forum had approximately 250 members.

42.   Individuals using the usernames "mori" and "sc" advertise genie.study on the Genie social media forum.



43.   On information and belief, "Mori" is the username of Jeremy Karmasek.

44.   On information and belief, "sc" is the username of Alexander Rembisz.

45.   On December 1, 2025, in the Genie social media forum, mori stated that sc handles the website and backend while he develops the software.



46.     sc informed members of the Genie social media forum that "we only accept crypto currencies right now."



47.     The genie.study platform launched general availability on March 5, 2026, ahead of the March 14, 2026, international SAT administration.

48.     On May 13, the day before the exam, genie.study's Amazon Web Services account was suspended.  Genie.study was de-platformed by AWS as malware.

49.     Genie.study found a new infrastructure provider based in Iran named Cloudy.

50.     At least four users ran the Auto SAT software during the March 14, 2026, international SAT administration.

51.     Defendants have indicated in the Genie social media forum that they intend to supply software akin to Auto SAT for AP exams.



52.     Defendants intend to offer a software called "Auto AP" on May 4, 2026, ahead of AP exams which start that same day.

### E.    Karmasek and Rembisz Continue To Engage In Potentially Criminal Activity After College Board Sends Cease-And-Desist Letters

53.     On April 22, 2026, College Board sent cease-and-desist letters to Karmasek and Rembisz, demanding that they "immediately and permanently (1) take down the website, genie[.]study (the 'Genie Website'), (2) discontinue offering, selling, and distributing Auto SAT and any versions or variations thereof and any other similar software, (collectively, 'Software'), (3) take down all social media channels and posts related to the Software, and (4) provide College Board with a list of all sales of Software, including the name of each purchaser and their contact details," as well as provide College Board with written assurance of compliance with its demands.  *See* Exhibit A (cease-and-desist letter to Jeremy Karmasek); Exhibit B (cease-and-desist letter to Alexander Rembisz).

54.     As those letters explain, Defendants' conduct may constitute criminal activity under the Economic Espionage Act, 18 U.S.C. § 1831, and the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1201(b).  Violations of the Economic Espionage Act carry a fine of up to $5,000,000 and fifteen years in prison.  DMCA offenses can carry a fine of up to $1,000,000 and a prison sentence of up to ten years.  17 U.S.C. § 1204(a)(2).

55.     Because genie.study is hosted by Cloudy, an Iranian web-hosting service, Defendants' conduct may also violate OFAC regulations prohibiting the import of Iranian goods and services.  *See* 31 CFR §§ 560.201, 560.204, 560.410.  Violations of these sanctions carry a civil penalty of up to $377,700 per transaction, or $1,000,000 for willful violations.  31 CFR § 560.701(a)(2)-(3).

56.     Defendants' conduct may also violate Pennsylvania state computer crime statutes addressing unauthorized access, interference with, or impairment of computer systems.

57.     On April 28, 2026, Karmasek sent an email directed to the "General Counsel of College Board" in response to College Board's cease-and-desist letter.  He requested "an additional 14 days to obtain counsel and review the allegations in order to submit a complete and appropriate response by May 12, 2026."  The requested extension would run past the May 2, 2026, SAT administration and the AP Exam administration window.

58.     On April 28, 2026, counsel for College Board responded to Defendant Karmasek's email that College Board could extend the deadline to respond to its letter but could not agree to extend the deadline for him to cease unlawful conduct.

59.     On information and belief, on April 28, 2026, Karmasek created a College Board account with the email address fuckmichaeltheil@deltajohnsons.com.

60.     On April 29, 2026, genie.study publicly posted about the cease-and-desist letters, writing "remember everything is arguable, with a lawyer present."

## CLAIMS FOR RELIEF

### COUNT I
**Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(1)**
**Circumventing Technological Access Measures**

61.     Plaintiff repeats and realleges the allegations in paragraphs 1-60.

62.     College Board is the owner of copyrights, both under the Copyright Act of the United States, as amended, 17 U.S.C. §101 *et seq*., and under state law, over all content contained within the SAT, AP Exams, the Bluebook, and software, processes, algorithms, and other technologies used in connection with these tests and testing application.

63.     Defendants violated and continue to violate 17 U.S.C. §1201(a)(l) by circumventing technological measures designed to control access to College Board's copyrighted works.

64.     College Board's copyrighted material is protected by technological measures. Specifically, College Board uses the Bluebook application's lockdown feature to prevent access to the work by anyone other than the registered test taker.  The lockdown browser environment prevents access to other applications, websites, or screen-recording tools during the exam.

65.     Defendants circumvented this technological measure in order to obtain access to the copyrighted work.

66.     Specifically, Defendants developed, marketed, and sold Auto SAT, malware that bypasses Bluebook's lockdown mode, accesses SAT questions while test takers are taking the test, sends those questions to an AI chatbot, and displays the answers on the test taker's screen.

67.     Defendants have also developed an Auto AP software that bypasses Bluebook's lockdown mode during AP exams.

68.    On information and belief, Karmasek sells College Board's test questions, in addition to selling software to bypass its test security measures.  On information and belief, Karmasek obtains the questions by capturing screenshots of test takers' screens (which are captured and sent to AI chatbots by Auto SAT) and sells them through a network of individuals and resellers around the world.

69.    College Board has been injured by, and suffered damages as a result of, Defendants' violations of 17 U.S.C. §1201(a)(l).

70.    College Board expended significant resources to identify Karmasek and Rembisz as the developers and marketers of genie.study.  College Board worked with Amazon Web Services to get genie.study deplatformed as unlawful malware, but genie.study found a willing web-hosting service based in Iran.  College Board then bought Auto SAT to evaluate it and expended resources to design and push code changes to the underlying Bluebook software to prevent Auto SAT from working during exam administrations.  Defendants, however, quickly republished a new version of Auto SAT.

71.    Defendants continue to advertise and sell new versions of Auto SAT to adapt to ongoing changes to Bluebook software designed to prevent circumvention by Auto SAT.

72.    Accordingly, College Board continues to expend significant resources to deploy new software modifications to respond to threatened circumvention by Auto SAT and is preparing to expend resources to respond to the Auto AP software if and when deployed by Defendants.

## COUNT II
### Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(2)
### Trafficking in a Technology with the Purpose of Circumventing Technological Access Measures

73.     Plaintiff repeats and realleges the allegations in paragraphs 1-60.

74.     College Board is the owner of copyrights, both under the Copyright Act of the United States, as amended, 17 U.S.C. §101 *et seq.*, and under state law, over all content contained within the SAT, AP Exams, Bluebook, and software, processes, algorithms, and other technologies used in connection with these tests and testing application.

75.     Defendants violated and continue to violate 17 U.S.C. §1201(a)(2) by offering to the public, providing, and otherwise trafficking in a technology, product, service, or part thereof that (A) is primarily designed or produced for the purpose of circumventing technological measures designed to control access to College Board's SAT, AP Exams, Bluebook application, and underlying software; (B) has only limited commercially significant purpose or use other than to circumvent technological measures designed to control access to College Board's SAT, Bluebook, and underlying software; and (C) is marketed by Defendants for use in circumventing technological measures designed to control access to College Board's SAT, Bluebook, and underlying software.

76.     Auto SAT is primarily designed and produced for the purpose of circumventing College Board's technological measures to prevent access to its Bluebook application and SAT exams.

77.     Auto SAT has no legitimate commercially significant purpose other than circumventing College Board's technological access measures to protect its copyrighted testing material.

-19-

78.     Defendants specifically marketed Auto SAT on the genie.study website and the Genie social media forum for use in circumventing College Board's technological measures controlling access to its copyrighted testing material.

79.     Defendants intend to offer an "Auto AP" product for sale to users and resellers. Like Auto SAT, Auto AP is primarily designed and produced for the purpose of circumventing College Board's technological measures to prevent access to its Bluebook application and AP exams and has limited commercially significant purpose other than circumventing College Board's technological access measures to protect its copyrighted testing material.  Defendants have specifically marketed Auto AP on the genie.study website and the Genie social media forum for use in circumventing College Board's technological measures controlling access to its copyrighted testing material.

80.     Defendants carried out this activity without the permission, consent, or authorization of College Board.

81.     Defendants knew or should have known their actions were illegal and prohibited.

82.     College Board has been injured by, and suffered damages as a result of, Defendants' violations of 17 U.S.C. §1201(a)(2).

83.     College Board expended significant resources to identify Karmasek and Rembisz as the developers and marketers of genie.study.  College Board worked with Amazon Web Services to get genie.study de-platformed as unlawful malware, but genie.study found a willing web-hosting service based in Iran.  College Board then bought Auto SAT to evaluate it and expended resources to design and push code changes to the underlying Bluebook software to prevent Auto SAT from working during exam administrations.  Defendants, however, quickly republished a new version of Auto SAT.

84.    Defendants continue to advertise and sell new versions of Auto SAT to adapt to ongoing changes to Bluebook software designed to prevent circumvention by Auto SAT.

85.    Accordingly, College Board continues to expend significant resources to deploy new software modifications to respond to threatened circumvention by Auto SAT and is preparing to expend resources to respond to the Auto AP software if and when deployed by Defendants.

**COUNT III**
**Digital Millennium Copyright Act, 17 U.S.C. § 1201(b)(1)**
**Trafficking in a Technology with the Purpose of Circumventing Technological Copyright Protection Measures**

86.    Plaintiff repeats and realleges the allegations in paragraphs 1-60.

87.    College Board is the owner of copyrights, under the Copyright Act of the United States, as amended, 17 U.S.C. §101 *et seq.*, and under state law, over all content contained within the SAT, Bluebook, and all software, processes, algorithms, and other technologies used in connection with these.

88.    This copyright protects College Board's rights to prevent the reproduction, distribution, public performance, public display, and creation of derivative works.

89.    Defendants violated and continue to violate 17 U.S.C. §1201(b)(l) by offering to the public, providing and otherwise trafficking in a technology, product, service or part thereof that (A) is primarily designed or produced for the purpose of circumventing protection afforded by technological measures designed to protect rights of College Board's as a copyright owner in the SAT, AP, Bluebook, or portions thereof, (B) has only limited commercially significant purpose or use other than to circumvent protections afforded by technological measures designed to protect rights of College Board's as a copyright owner in the SAT, Bluebook, or portions thereof; and (C) is marketed by Defendants and others acting in concert with Defendants with

Defendants' knowledge for use in circumventing protection afforded by technological measures designed to protect rights of College Board as a copyright owner in the SAT, AP, Bluebook, and portions thereof.

90.     Specifically, Defendants developed, marketed, and sold Auto SAT, malware that bypasses Bluebook's lockdown mode, accesses SAT questions while test takers are taking the test, sends those questions to an AI chatbot, and displays the answers on the test taker's screen.

91.     Auto SAT has no legitimate commercially significant purpose other than avoiding and bypassing College Board's technological measures to protect their copyrighted material.

92.     Defendants marketed Auto SAT for use in circumventing College Board's technological measures protecting their copyrighted works through the website genie.study and through the Genie social media forum.

93.     Defendants offered Auto SAT for sale to users and resellers.

94.     Defendants' actions that constitute violations of 17 U.S.C. § 1201(b)(1) were performed without the permission, consent, or authorization of College Board.

95.     Defendants knew or should have known their actions were illegal and prohibited.

96.     College Board has been injured by, and suffered damages as a result of, Defendants' violations of 17 U.S.C. §1201(b)(l).

97.     College Board expended significant resources to identify Karmasek and Rembisz as the developers and marketers of genie.study.  College Board worked with Amazon Web Services to get genie.study de-platformed as unlawful malware, but genie.study found a willing web-hosting service based in Iran.  College Board then bought Auto SAT to evaluate it and expended resources to design and push code changes to the underlying Bluebook software to

prevent Auto SAT from working during exam administrations.  Defendants, however, quickly republished a new version of Auto SAT.

98.    Defendants continue to advertise and sell new versions of Auto SAT to adapt to ongoing changes to Bluebook software designed to prevent circumvention by Auto SAT.

99.    Accordingly, College Board continues to expend significant resources to deploy new software modifications to respond to threatened circumvention by Auto SAT and is preparing to expend resources to respond to the Auto AP software if and when deployed by Defendants.

## COUNT IV
### Tortious Interference with a Contractual Relationship

100.    Plaintiff repeats and realleges the allegations in paragraphs 1-60.

101.    All SAT and AP test takers enter into agreements with College Board.  These agreements specifically prohibit cheating, the use of software, the use of other applications, and any use of artificial intelligence during an SAT or AP exam.

102.    Pursuant to the SAT Testing Rules, a valid and enforceable contract between College Board and test takers, test takers specifically agree that in order to take the SAT, they must not "interfere with, defeat, circumvent, disable, change or bypass any Bluebook security features, device security settings, or device testing or lockdown modes (e.g., Kiosk mode)"; "disable antivirus software on your testing device"; "use or have on your testing device any software or other software that could be used to capture content and/or facilitate cheating"; "run any application on your testing device other than Bluebook or approved technology" during the exam; "access or use any digital resource(s) or website(s) during the test or breaks, including artificial intelligence (AI) tools"; or otherwise "fail to follow these Terms and Conditions."  *See*

College Board, SAT Testing Rules § 3 (April 10, 2026),

https://satsuite.collegeboard.org/sat/testing-rules.

103.    Pursuant to the AP Exam Terms and Conditions, a valid and enforceable contract between College Board and test takers, test takers specifically agree that in order to take the AP Exam, they may not "interfere with, defeat, circumvent, disable, change or bypass any Bluebook security features, device security settings, or device testing or lockdown modes (e.g., Kiosk mode)"; "disable antivirus software on your testing device"; "use or have on your testing device any malware or other software that could be used to capture content and/or facilitate cheating"; "run any application on your Testing Device other than Bluebook or approved technology during the Test"; or "access or use any digital resource(s) or website(s) during the Test or breaks, including any artificial intelligence tools." *See* College Board, AP Exam Terms and Conditions § 3 (April 27, 2026), https://apstudents.collegeboard.org/exam-policies-guidelines/terms-conditions.

104.    By purposely designing, advertising, selling, and distributing Auto SAT, Defendants specifically intended to harm Plaintiff College Board by interfering with the contractual relationship between College Board and test takers, which prohibits test takers from cheating or using artificial intelligence tools.

105.    Defendants purposely, and for private financial gain, designed, advertised, distributed, and sold Auto SAT to induce test takers to cheat on the SAT and AP Exams using artificial intelligence in violation of their agreements with College Board.

106.    Plaintiff College Board has suffered actual legal damages as a result of this tortious interference with contract.

107. College Board expended significant resources to identify Karmasek and Rembisz as the developers and marketers of genie.study. College Board worked with Amazon Web Services to get genie.study de-platformed as unlawful malware, but genie.study found a willing web-hosting service based in Iran. College Board then bought Auto SAT to evaluate it and expended resources to design and push code changes to the underlying Bluebook software to prevent Auto SAT from working during exam administrations. Defendants, however, quickly republished a new version of Auto SAT.

108. Defendants continue to advertise and sell new versions of Auto SAT to adapt to ongoing changes to Bluebook software designed to prevent circumvention by Auto SAT.

109. Accordingly, College Board continues to expend significant resources to deploy new software modifications to respond to threatened circumvention by Auto SAT and is preparing to expend resources to respond to the Auto AP software if and when deployed by Defendants.

**PRAYER FOR RELIEF**

College Board respectfully requests that this Court grant the following relief:

i.      Enjoin Defendants from offering, advertising, selling, and distributing Auto SAT and any versions or variations thereof and any similar software.

ii.     Enjoin Defendants from offering, advertising, selling, or distributing any College Board examination questions that they have obtained using Auto SAT and any versions or variations thereof and any similar software.

iii.    Award College Board its attorney's fees and costs.

iv.     Award College Board compensatory and punitive damages, which are in excess of $1 million.

v.        Grant such other relief as this Court may deem just and proper.

Date: April 30, 2026

Respectfully Submitted,
*/s/ John R. Brumberg*
John R. Brumberg
Pa. I.D. No. 311352
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
(412) 263-1845
JRB@Pietragallo.com

Alan Schoenfeld (*pro hac vice* forthcoming)
Emily Barnet (*pro hac vice* forthcoming)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
alan.schoenfeld@wilmerhale.com
emily.barnet@wilmerhale.com

*Attorneys for College Board*