# **<u>EXHIBIT B</u>**



April 22, 2026

By Email to: arembisz@purdue.edu
Attention: Alexander Rembisz

**Cease & Desist**

Mr. Rembisz:

I am General Counsel to College Board, and I write to demand that you immediately and permanently (1) take down the website, genie[.]study (the "Genie Website"), (2) discontinue offering, selling, and distributing "Auto SAT" and any versions or variations thereof and any other similar software, (collectively, "Malware"), (3) take down all Discord and social media channels and posts related to the Malware, and (4) provide College Board with a list of all sales of Malware, including the name of each purchaser and their contact details.  We further demand that by Tuesday, April 28, 2026, you provide us with written assurances of your compliance with these terms, along with full copies of your customer information.  If you do not comply, College Board will commence litigation.  We may also notify law enforcement, since your conduct implicates several criminal laws and because you are apparently doing business with an Iranian company in violation of U.S. sanctions.

You are an owner and operator of the Genie Website, and you promote and sell the Malware on Discord using the handle "sc," including by a video you posted to Discord showing how to use the Malware to cheat on the SAT.  We purchased a copy of the Malware from you.  The Malware imposes a transparent overlay to the testing application, which sends test questions to an AI engine and displays solutions.

All SAT exam takers sign a contract prohibiting cheating on the SAT exam, which includes attempting to "interfere with or bypass Bluebook security features" and having "any applications running on your testing device other than Bluebook or approved technology."  Accordingly, you are inducing people to breach their legal obligations to College Board and selling them the means to do so, which makes you guilty of tortious interference with contract.

The Malware's core functions also infringe College Board's copyrights, by taking screenshots of proprietary, secure content.  For similar reasons, the Malware violates the Digital Millennium Copyright Act (DMCA), which bars the manufacture of and/or trafficking in technologies that are designed to circumvent access and copying controls.  The DMCA also carries criminal penalties, as do the Copyright Act and the Economic Espionage Act.  For that reason, and because your infrastructure provider is an Iranian company (to which you moved after being de-platformed by AWS as malware) and U.S. law prohibits doing business with Iranian companies, law enforcement authorities are likely to be very interested in you.  Give the current war with Iran,



the increasing importance of digital testing across education, and the rapidly growing popular and legislative alarm about the improper uses of AI in education, there is a strong public interest in holding you accountable.

You have until April 28, 2026 to respond in writing confirming that you have met our demands and to send us your customer records.  If you do not comply, the consequences will be severe.  If you are even contemplating not complying with these demands, I strongly advise you to speak to a lawyer.  It is likely you don't appreciate your situation.


Sincerely,

Matt Griffin
General Counsel, College Board


225 Liberty Street                                                                     collegeboard.org
New York, NY 10281