**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| College Board, | Civil Action No. |
| *Plaintiff*, | 1:26−CV−01140−KMN |
| vs. | |
| Jeremy Karmasek, Alexander Rembisz, and genie.study, | |
| *Defendants*. | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff College Board states that it is not a publicly traded company, that it does not have a parent company, and that no publicly held corporation owns 10% or more of College Board's stock.

Date: May 1, 2026

Respectfully submitted,

*/s/ John R. Brumberg*
John R. Brumberg
Pa. I.D. No. 311352
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
(412) 263-1845
JRB@Pietragallo.com

Alan Schoenfeld (*pro hac vice* forthcoming)
Emily Barnet (*pro hac vice* forthcoming)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
alan.schoenfeld@wilmerhale.com
emily.barnet@wilmerhale.com

*Attorneys for College Board*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I will send the foregoing document and the notice of electronic filing by U.S. mail and email to Jeremy Karmasek and genie.study and to Alexander Rembisz by email. Pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), a copy will be left with the court clerk for Alexander Rembisz, whose current address is unknown.

*/s/ John R. Brumberg*
John R. Brumberg
Pa. I.D. No. 311352
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
(412) 263-1845
JRB@Pietragallo.com