Civil Action No.: **1:26–CV–01140–KMN**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Jeremy Karmasek_

was received by me on (date) _4/30/2026_ .

[X] I personally served the summons on the individual at (place) _1791 Dubs Church Rd_
_Hanover PA 17331_          on (date) _4/30/2026 @ 6:30 pm_ ; or

[ ] I left the summons at the individual's residence or usual place of abode with (name)_____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on (name of individual)_____ , who is
designated by law to accept service of process on behalf of (name of organization)_____
_____ on (date) _____ ; or

[ ] I returned the summons unexecuted because_____ ; or

[ ] Other (specify) :


My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.


_4/30/2026_
Date

_John-Walter Ernst Weir_
Server's Signature

_John-Walter E. Weiser  PA Constable_
Printed name and title


_148 Sheraton Dr  New Cumberland PA 17070_
Server's Address


Additional information regarding attempted service, etc:

_Personally Served Summons & Complaint_